ISAAC W. SEILER, PETITIONER-PETITIONER, v. ELEA-NOR ROBINSON, *ET ALS.*, DEFENDANTS-RESPONDENTS.

See same case below : 24 *N. J. Super.* 559.

*Mr. Aaron Gordon* for the petitioner.

*Messrs. Toner, Crowley, Woelper & Vanderbilt* for the respondents.

May 25, 1953.   Granted.